**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | **BANKRUPTCY CASE NO. 15-10848-TPA** |
| **Frank Thomas Anthony,** | : | **CHAPTER 13** |
| Debtor. | : | |
| | : | **Related to Docket No.: 97** |
| **Foster Law Offices, LLC,** | : | |
| Movant. | : | |
| | : | |
| vs. | : | |
| **No Respondent.** | : | |

**NOTICE OF TELEPHONIC HEARING AND RESPONSE DEADLINE REGARDING APPLICATION OF FOSTER LAW OFFICES, LLC, COUNSEL TO THE DEBTORS, FOR FINAL COMPENSATION**

*TO THE RESPONDENT(S):*

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than April 25, 2020, seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

*You should take this Notice and the Motion to a lawyer at once.*

A hearing will be held on May 27, 2020, at 10:00 A.M. before Judge Thomas P. Agresti in the Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501 <u>VIA TELEPHONE</u>. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

Date: <u>April 8, 2020</u>

/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices, LLC
P.O. Box 966
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email: <u>dan@mrdebtbuster.com</u>
Attorney for Debtors/Movants

# **CERTIFICATE OF SERVICE**

      I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Application of Foster Law Offices, LLC, Counsel to the Debtors, for Final Compensation, Local Form 08 Summary, Exhibit C, Proposed Order and Notice of Telephonic Hearing and Response Deadline Regarding Application of Foster Law Offices, LLC, Counsel to the Debtors, for Final Compensation** by Electronic-Mail and/or US Mail on the parties below.

Executed on: **April 8, 2020**                   *By: /s/ Kathryn M. Schwartz*
                                                                            Kathryn M. Schwartz,
                                                                            PARALEGAL
                                                                            FOSTER LAW OFFICES, LLC
                                                                            PO Box 966
                                                                            Meadville, PA 16335
                                                                            Tel 814.724.1165
                                                                            Fax 814.724.1158

```
Label Matrix for local noticing          ECMC                                    Pennsylvania Dept. of Revenue
0315-1                                   P.O. Box 16408                          Department 280946
Case 15-10848-TPA                        St. Paul, MN 55116-0408                 P.O. Box 280946
WESTERN DISTRICT OF PENNSYLVANIA                                                 ATTN: BANKRUPTCY DIVISION
Erie                                                                             Harrisburg, PA 17128-0946
Mon Apr  6 17:14:58 EDT 2020

1                                        Aes / Brazos / Us Bank                  American InfoSource LP as agent for
U.S. Bankruptcy Court                    Po Box 61047                            Verizon
U.S. Courthouse, Room B160               Harrisburg, PA 17106-1047               PO Box 248838
17 South Park Row                                                                Oklahoma City, OK  73124-8838
Erie, PA 16501-1169


Berkheimer Assoc-Agt Warren Cty SD/Sugar Gro   Berkheimer Tax Administrator      Centra Credit Union
c/o David R. Gordon, Esq.                PO Box 955                              Po Box 789
1883 Jory Road                           50 North 7th Street                     Columbus, IN 47202-0789
Pen Argyl, PA 18072                      Bangor, PA 18013-1731



Community Bank Na                        Community Bank, N.A.                    Diversified Adjustment
Attn: Bankruptcy                         PO Box 509                              600 Coon Rapids Boulevard
Po Box 509                               Canton, NY 13617-0509                   Coon Rapids, MN 55433-5549
Canton, NY 13617-0509



Midland Credit Management Inc as agent for    National Fuel                     Office of the United States Trustee
Midland Funding LLC                      1100 State Street                       Liberty Center.
PO Box 2011                              Erie, PA 16501-1912                     1001 Liberty Avenue, Suite 970
Warren MI 48090-2011                                                             Pittsburgh, PA 15222-3721


Onemain Financial                        PHEAA                                   PHEAA / HCB
Po Box 499                               PO BOX 8147                             Aes / Ddb
Hanover, MD 21076-0499                   HARRISBURG PA 17105-8147                Po Box 8183
                                                                                 Harrisburg, PA 17105-8183


PHH Mortgage Service                     PNC BANK, N.A.                          PNC Bank, N.A.
1 Mortgage Way                           PO BOX 94982                            3232 Newmark Drive
Mount Laurel, NJ 08054-4624              CLEVELAND, OHIO 44101-4982              Miamisburg, OH 45342-5421


Pennsylvania Department of Revenue       Pnc Mortgage                            (p)PORTFOLIO RECOVERY ASSOCIATES LLC
Bankruptcy Division PO BOX 280946        Po Box 8703                             PO BOX 41067
Harrisburg, PA 17128-0946                Dayton, OH 45401-8703                   NORFOLK VA 23541-1067



Sears / Cbna                             Udren Law Offices PC                    Verizon
Po Box 6283                              Woodcrest Corporate Center              500 Technology Drive
Sioux Falls, SD 57117-6283               111 Woodcrest Road                      Suite 30
                                         Suite 200                               Weldon Spring, MO 63304-2225
                                         Cherry Hill, NJ 08003-3620


Daniel P. Foster                         Frank Thomas Anthony                    Ronda J. Winnecour
Foster Law Offices                       20 Race Street                          Suite 3250, USX Tower
PO Box 966                               Sugar Grove, PA 16350-1624              600 Grant Street
Meadville, PA 16335-6966                                                         Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)PNC BANK NATIONAL  ASSOCIATION        (du)PNC Bank, National Association        (d)ECMC
                                                                                    PO BOX 16408
                                                                                    ST. PAUL, MN 55116-0408

End of Label Matrix
Mailable recipients    29
Bypassed recipients     3
Total                  32