**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | **BANKRUPTCY CASE NO. 15-10848-TPA** |
| **Frank Thomas Anthony,** | : | **CHAPTER 13** |
| Debtor. | : | |
| | : | **Related to Docket No.: 97** |
| **Foster Law Offices, LLC,** | : | |
| Movant. | : | |
| | : | |
| vs. | : | |
| **No Respondent.** | : | |

## Certificate of No Objection Regarding Application of Foster Law Offices, LLC, Counsel to the Debtor, for Final Compensation

The undersigned hereby certifies that, as of the date hereof, no Answer, Objection or other Responsive Pleading to the *Application of Foster Law Offices, LLC, Counsel to the Debtor, for Final Compensation*, filed on April 8, 2020 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no Answer, Objection or other Responsive Pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, Objections to the Motion were to be filed and served no later than April 25, 2020.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Date: <u>April 27, 2020</u>

Respectfully submitted,
/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices, LLC
P.O. Box 966
Meadville, PA 16335
Phone:  814.724.1165
Fax: 814.724.1158
Email: dan@mrdebtbuster.com
Attorney for Debtor

# **CERTIFICATE OF SERVICE**

I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the ***Certificate of No Objection Regarding Application of Foster Law Offices, LLC, Counsel to the Debtor, for Final Compensation*** by First-Class Mail, U.S. Postage Paid or Electronic Mail on the parties below**\***.

Executed on: April 27, 2020

*By: /s/ Kathryn M. Schwartz*
Kathryn M. Schwartz,
PARALEGAL
FOSTER LAW OFFICES, LLC
PO Box 966
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

```
Label Matrix for local noticing         ECMC                                    Pennsylvania Dept. of Revenue
0315-1                                  P.O. Box 16408                          Department 280946
Case 15-10848-TPA                       St. Paul, MN 55116-0408                 P.O. Box 280946
WESTERN DISTRICT OF PENNSYLVANIA                                                ATTN: BANKRUPTCY DIVISION
Erie                                                                            Harrisburg, PA 17128-0946
Mon Apr  6 17:14:58 EDT 2020

1                                       Aes / Brazos / Us Bank                  American InfoSource LP as agent for
U.S. Bankruptcy Court                   Po Box 61047                            Verizon
U.S. Courthouse, Room B160              Harrisburg, PA 17106-1047               PO Box 248838
17 South Park Row                                                               Oklahoma City, OK  73124-8838
Erie, PA 16501-1169


Berkheimer Assoc-Agt Warren Cty SD/Sugar Gro   Berkheimer Tax Administrator     Centra Credit Union
c/o David R. Gordon, Esq.               PO Box 955                              Po Box 789
1883 Jory Road                          50 North 7th Street                     Columbus, IN 47202-0789
Pen Argyl, PA 18072                     Bangor, PA 18013-1731



Community Bank Na                       Community Bank, N.A.                    Diversified Adjustment
Attn: Bankruptcy                        PO Box 509                              600 Coon Rapids Boulevard
Po Box 509                              Canton, NY 13617-0509                   Coon Rapids, MN 55433-5549
Canton, NY 13617-0509



Midland Credit Management Inc as agent for   National Fuel                     Office of the United States Trustee
Midland Funding LLC                     1100 State Street                       Liberty Center.
PO Box 2011                             Erie, PA 16501-1912                     1001 Liberty Avenue, Suite 970
Warren MI 48090-2011                                                            Pittsburgh, PA 15222-3721



Onemain Financial                       PHEAA                                   PHEAA / HCB
Po Box 499                              PO BOX 8147                             Aes / Ddb
Hanover, MD 21076-0499                  HARRISBURG PA 17105-8147                Po Box 8183
                                                                                Harrisburg, PA 17105-8183



PHH Mortgage Service                    PNC BANK, N.A.                          PNC Bank, N.A.
1 Mortgage Way                          PO BOX 94982                            3232 Newmark Drive
Mount Laurel, NJ 08054-4624             CLEVELAND, OHIO 44101-4982              Miamisburg, OH 45342-5421



Pennsylvania Department of Revenue      Pnc Mortgage                            (p)PORTFOLIO RECOVERY ASSOCIATES LLC
Bankruptcy Division PO BOX 280946       Po Box 8703                             PO BOX 41067
Harrisburg, PA 17128-0946               Dayton, OH 45401-8703                   NORFOLK VA 23541-1067



Sears / Cbna                            Udren Law Offices PC                    Verizon
Po Box 6283                             Woodcrest Corporate Center              500 Technology Drive
Sioux Falls, SD 57117-6283              111 Woodcrest Road                      Suite 30
                                        Suite 200                               Weldon Spring, MO 63304-2225
                                        Cherry Hill, NJ 08003-3620


Daniel P. Foster                        Frank Thomas Anthony                    Ronda J. Winnecour
Foster Law Offices                      20 Race Street                          Suite 3250, USX Tower
PO Box 966                              Sugar Grove, PA 16350-1624              600 Grant Street
Meadville, PA 16335-6966                                                        Pittsburgh, PA 15219-2702
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541




The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)PNC BANK NATIONAL  ASSOCIATION        (du)PNC Bank, National Association         (d)ECMC
                                                                                    PO BOX 16408
                                                                                    ST. PAUL, MN 55116-0408



End of Label Matrix
Mailable recipients    29
Bypassed recipients     3
Total                  32