FILED
4/28/20 10:54 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | BANKRUPTCY CASE NO. 15-10848-TPA |
| Frank Thomas Anthony, | : | CHAPTER 13 |
| Debtor. | : | |
| | : | Related to Docket No.: 97 |
| Foster Law Offices, LLC, | : | |
| Movant. | : | |
| | : | |
| vs. | : | |
| No Respondent. | : | |

### ORDER OF COURT

**AND NOW**, on this **28th** day of **April, 2020,** the *Application of Foster Law Offices, LLC, as Counsel for the Debtor, for Final Compensation,* is **APPROVED** in the amount of **$950.00** for services rendered on behalf of the Debtor for the period between June 10, 2015 and April 8, 2020 The total legal fees approved shall be the $4,000.00 "no look" and the $950.00 Fee Application, for a total of $4,950.00.

BY THE COURT,

_____vas
*United States Bankruptcy Judge*

Additional fees may be paid through the Chapter 13 plan provided that debtor(s) amend the plan within 14 days after the application for fees is allowed to increase the plan payment sufficiently to include those fees. The fees must be paid from debtor(s) resources without decreasing the percentage or amount to be paid to other creditors through the plan.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 15-10848-TPA
Frank Thomas Anthony                                                    Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1        User: dpas             Page 1 of 1             Date Rcvd: Apr 28, 2020
                            Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2020.
db              +Frank Thomas Anthony,    20 Race Street,    Sugar Grove, PA 16350-1624

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2020 at the address(es) listed below:
     Daniel P. Foster    on behalf of Debtor Frank Thomas Anthony dan@mrdebtbuster.com, clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
     Elizabeth Lamont Wassall    on behalf of Creditor    PNC Bank, National Association pabk@logs.com, ewassall@logs.com
     James Warmbrodt    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
     James Warmbrodt    on behalf of Creditor    PNC Bank, National Association bkgroup@kmllawgroup.com
     Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
     Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                                                                              TOTAL: 6