**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| Frank Thomas Anthony, | : | Bankruptcy No: 15-10848-TPA |
| *Debtors*, | : | Chapter 13 |
| | : | |
| vs. | : | |
| | : | DOCKET NO.: |
| | : | |
| Onemain Financial, | : | |
| *Movant*, | : | |
| | : | |

**NOTICE OF
CHANGE OF ADDRESS**

**Creditor Name:**       **Onemain Financial**
**Incorrect Address:**   **PO Box 499, Hanover MD 21076-0499**
**Correct Address:**     **601 N.W. Second Street, Evansville IN 47708-1013**

Respectfully Submitted,

Date: May 14, 2020

/s/Daniel P. Foster, Esquire
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES
PO Box 966
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtors