# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

05/20/2020

IN RE:

FRANK THOMAS ANTHONY                           Case No.15-10848 TPA
20 RACE STREET
SUGAR GROVE,  PA  16351                        Chapter 13
XXX-XX-8509          Debtor(s)

---

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

5/20/2020

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

---

| **PNC BANK NA** | Trustee Claim Number:1   INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
|---|---|---|
| 3232 NEWMARK DR | Court Claim Number:11 | ACCOUNT NO.:  6394 |
| | CLAIM:  0.00 | |
| MIAMISBURG, OH  45342 | COMMENT: CL11GOVS*PMT/PL-DECL*DK4PMT-LMT*BGN 9/15 | |

---

| **COMMUNITY BANK NA**** | Trustee Claim Number:2   INT %: 3.25% | CRED DESC:  VEHICLE |
|---|---|---|
| 45 49 COURT ST | Court Claim Number:4 | ACCOUNT NO.:  5083 |
| POB 509 | | |
| | CLAIM:  7,306.89 | |
| CANTON, NY  13617 | COMMENT: $/PL-CL@3.25%@MDF/PL*7,652.62/CL*PIF/CR/LTR | |

---

| **SONYA ANTHONY** | Trustee Claim Number:3   INT %: 0.00% | CRED DESC:  SUPPORT/ALIMONY CONT. |
|---|---|---|
| 470 SWEDE HOLLOW RD | Court Claim Number: | ACCOUNT NO.:  0084 |
| | CLAIM:  0.00 | |
| SUGAR GROVE, PA  16350 | COMMENT: NO$/SCH*NT PROV/PL | |

---

| **WARREN COUNTY DRS** | Trustee Claim Number:4   INT %: 0.00% | CRED DESC:  SUPPORT/ALIMONY CONT. |
|---|---|---|
| POB 217 | Court Claim Number: | ACCOUNT NO.:  ? |
| | CLAIM:  0.00 | |
| WARREN, PA  16365 | COMMENT: NT PROV/PL*NO$~DIFFERENT DSO?/SCH | |

---

| **PA DEPARTMENT OF REVENUE*** | Trustee Claim Number:5   INT %: 0.00% | CRED DESC:  PRIORITY CREDITOR |
|---|---|---|
| BUR OF COMPL SECT-DEPT 280946 | Court Claim Number:1 | ACCOUNT NO.:  8509 |
| STRAWBERRY SQ | | |
| | CLAIM:  688.83 | |
| HARRISBURG, PA  17128 | COMMENT: $CL-PL | |

---

| **BERKHEIMER TAX ADMINISTRATOR**** | Trustee Claim Number:6   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| HAB DLT LEGAL | Court Claim Number: | ACCOUNT NO.:  8509:11-13 |
| PO BOX 20662 | | |
| | CLAIM:  0.00 | |
| LEHIGH VALLEY, PA  18002-0662 | COMMENT: NT ADR~PER CAP~SD BORO?/SCH*SEE ALSO CLM 12*DK | |

---

| **CENTRA CREDIT UNION** | Trustee Claim Number:7   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| POB 789 | Court Claim Number:3 | ACCOUNT NO.:  3880 |
| | CLAIM:  807.33 | |
| COLUMBIA, IN  47202 | COMMENT: 8075/SCH*NO LAST PMT/CHARGE OFF DATE | |

---

| **NATIONAL FUEL GAS DISTRIB CORP** | Trustee Claim Number:8   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| POB 2081 | Court Claim Number:6 | ACCOUNT NO.:  1802 |
| | CLAIM:  961.25 | |
| ERIE, PA  16512 | COMMENT: 1801/SCH*UTILITY | |

---

| **ONE MAIN FINANCIAL(*)** | Trustee Claim Number:9   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PO BOX 3251 | Court Claim Number: | ACCOUNT NO.:  3557 |
| | CLAIM:  0.00 | |
| EVANSVILLE, IN  47731-3251 | COMMENT: NT ADR/SCH | |

---

| **MIDLAND FUNDING LLC** | Trustee Claim Number:10   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| C/O MIDLAND CREDIT MANAGEMENT INC - AGEI | Court Claim Number:7 | ACCOUNT NO.:  8660 |
| PO BOX 2011 | | |
| | CLAIM:  11,891.65 | |
| WARREN, MI  48090 | COMMENT: ONEMAIN FINANCIAL | |

| ECMC(*) | Trustee Claim Number:11 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| LOCKBOX #8682 | Court Claim Number:5 | ACCOUNT NO.:  8509 |
| PO BOX 16478 | | |
| | CLAIM:  13,790.64 | |
| ST PAUL, MN  55116-0478 | COMMENT:  9001/SCH*FR PHEAA-DOC 48 | |

| PHH MORTGAGE CORP(*) | Trustee Claim Number:12 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| ATTN MORTGAGE SERVICE CENTER | Court Claim Number: | ACCOUNT NO.:  7529 |
| ONE MORTGAGE WAY - MAILSTOP: SBRP | | |
| | CLAIM:  0.00 | |
| MT LAUREL, NJ  08054 | COMMENT:  MORT ON PROP NO LONGER IN DEBTORS NAME/SCH | |

| PNC BANK NA | Trustee Claim Number:13 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| POB 94982 | Court Claim Number:2 | ACCOUNT NO.:  0678 |
| | CLAIM:  4,193.34 | |
| CLEVELAND, OH  44101 | COMMENT: | |

| PRA RECEIVABLES MANAGEMENT LLC - AGNT | Trustee Claim Number:14 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PO BOX 12914 | Court Claim Number:8 | ACCOUNT NO.:  2623 |
| | CLAIM:  3,185.13 | |
| NORFOLK, VA  23541 | COMMENT:  CITIBANK~SEARS GOLD MASTERCARD | |

| AMERICAN INFOSOURCE LP AGENT FOR VERIZ | Trustee Claim Number:15 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PO BOX 248838 | Court Claim Number:9 | ACCOUNT NO.:  8573 |
| | CLAIM:  87.56 | |
| OKLAHOMA CITY, OK  73124-8838 | COMMENT: | |

| PA DEPARTMENT OF REVENUE* | Trustee Claim Number:16 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| BUR OF COMPL SECT-DEPT 280946 | Court Claim Number:1 | ACCOUNT NO.:  8509 |
| STRAWBERRY SQ | | |
| | CLAIM:  43.27 | |
| HARRISBURG, PA  17128 | COMMENT:  NO GEN UNS/SCH | |

| PNC BANK NA | Trustee Claim Number:17 INT %: 0.00% | CRED DESC:  MORTGAGE ARR. |
|---|---|---|
| 3232 NEWMARK DR | Court Claim Number:11 | ACCOUNT NO.:  6394 |
| | CLAIM:  8,462.85 | |
| MIAMISBURG, OH  45342 | COMMENT:  C11 GOVS*$/PL-CL@PNC MTG*THRU 8/15 | |

| AMERICAN INFOSOURCE LP AGENT FOR VERIZ | Trustee Claim Number:18 INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PO BOX 248838 | Court Claim Number:10 | ACCOUNT NO.:  0001 |
| | CLAIM:  251.48 | |
| OKLAHOMA CITY, OK  73124-8838 | COMMENT:  NUM NT/SCH | |

| WARREN COUNTY SD & SUGAR GROVE BORO | Trustee Claim Number:19 INT %: 0.00% | CRED DESC:  PRIORITY CREDITOR |
|---|---|---|
| C/O BERKHEIMER TAX ADMIN - DLNQ CLCTR | Court Claim Number:12 | ACCOUNT NO.:  8509 |
| HAB DLT LEGAL | | |
| PO BOX 20662 | CLAIM:  570.00 | |
| LEHIGH VALLEY, PA  18002-0662 | COMMENT:  C12GOV*580TTL/PL*NT/SCH*2012 EIT*W/20 | |

| WARREN COUNTY SD & SUGAR GROVE BORO | Trustee Claim Number:20 INT %: 0.00% | CRED DESC:  PRIORITY CREDITOR |
|---|---|---|
| C/O BERKHEIMER TAX ADMIN - DLNQ CLCTR | Court Claim Number:12 | ACCOUNT NO.:  8509 |
| HAB DLT LEGAL | | |
| PO BOX 20662 | CLAIM:  10.00 | |
| LEHIGH VALLEY, PA  18002-0662 | COMMENT:  C12GOV*580TTL/PL/NT/SCH*12-13*W/19*SEE ALSO CID6*DK | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **JAMES C WARMBRODT ESQ** | Trustee Claim Number:21  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| KML LAW GROUP PC | Court Claim Number: | ACCOUNT NO.: |
| 701 MARKET ST STE 5000 | | |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  PNC BANK/PRAE | |