Certificate Number: 02998-PAW-DE-034774696

Bankruptcy Case Number: 15-10848



02998-PAW-DE-034774696

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 14, 2020</u>, at <u>1:10</u> o'clock <u>PM EDT</u>, <u>Frank T Anthony</u> completed a course on personal financial management given <u>by internet</u> by <u>Consumer Education Services, Inc., DBA Start Fresh Today/DBA Affordable Bankruptcy Course</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>August 14, 2020</u>           By:   <u>/s/Angela  McMillan</u>

                                         Name:   <u>Angela  McMillan</u>

                                         Title:   <u>Counselor</u>