**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
9/22/20 8:32 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| IN RE: <br> FRANK THOMAS ANTHONY <br><br> Debtor(s) <br> Ronda J. Winnecour, Trustee <br>   Movant <br>   vs. <br> FRANK THOMAS ANTHONY <br><br>   Respondents | Case No.15-10848TPA <br><br> Chapter 13 <br><br> Document No. 106 |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this    22nd    day of September , 20 20 it is hereby ORDERED, ADJUDGED, and DECREED that,

Lake Shore Paving
Attn.: Payroll Manager
7 Osmer St
Jamestown,NY 14701

is hereby ordered to immediately terminate the attachment of the wages of FRANK THOMAS ANTHONY, social security number XXX-XX-8509.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of FRANK THOMAS ANTHONY.

:

BY THE COURT

vas

_____
UNITED STATES BANKRUPTCY JUDGE

cc: Debtor(s)
    Debtor(s) Attorney

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                      Case No. 15-10848-TPA
Frank Thomas Anthony                                                        Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1              User: dpas                  Page 1 of 1              Date Rcvd: Sep 22, 2020
                                  Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2020.
db             +Frank Thomas Anthony,    20 Race Street,    Sugar Grove, PA 16350-1624

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2020 at the address(es) listed below:
      Brian Nicholas    on behalf of Creditor   PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com
      Brian Nicholas    on behalf of Creditor   PNC Bank, National Association bnicholas@kmllawgroup.com
      Daniel P. Foster    on behalf of Debtor Frank Thomas Anthony dan@mrdebtbuster.com,
   katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com
      Elizabeth Lamont Wassall    on behalf of Creditor   PNC Bank, National Association pabk@logs.com,
   ewassall@logs.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                  TOTAL: 6