**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNYSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | CASE NO. 15-10848-TPA |
| | : | |
| **Frank Thomas Anthony,** | : | CHAPTER 13 |
| Debtor, | : | |
| | : | MOTION NO.: WO - 1 |
| **Frank Thomas Anthony,** | : | |
| Movant, | : | RELATED TO DOCKET NO.: 107 |
| | : | |
| vs. | : | |
| | : | |
| **Lake Shore Paving,** | : | |
| | : | |
| **and** | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee.** | : | |
| **Respondents.** | : | |

## CERTIFICATE OF SERVICE

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment Termination by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: September 25, 2020         By: /s/ Kaitlyn E. Vale
                                        KAITLYN E. VALE, PARALEGAL
                                        FOSTER LAW OFFICES
                                        1210 Park Avenue
                                        Meadville, PA 16335
                                        Tel 814.724.1165
                                        Fax 814.724.1158

_____

*Parties served by the court electronically were not served by regular mail

## MATRIX

**LAKE SHORE PAVING**
**7 OSMER STREET**
**JAMESTOWN, NY 14701**