Form 300b

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Frank Thomas Anthony** <br> *Debtor(s)* | : <br> : <br> : | Case No. 15−10848−TPA <br> Chapter: 13 |
| **RONDA J. WINNECOUR, Trustee,** <br> *Movant(s),* | : <br> : <br> : | |
| v. <br> **No Respondents** <br> *Respondent(s).* | : <br> : <br> : <br> : <br> : | Related to Document No. 113 <br><br> Hearing Date: 1/6/21 at 12:00 PM |

## ORDER SCHEDULING DATE FOR RESPONSE
## AND HEARING ON MOTION

     *AND NOW,* this ***The 27th of October, 2020***, a ***Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements*** having been filed at Doc. No. 113 , by the Chapter 13 Trustee

     It is hereby **ORDERED, ADJUDGED and DECREED** that:

     (1) ***On or before December 11, 2020***, any ***Response***, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

     (2) This *Motion* is scheduled for hearing on ***January 6, 2021 at 12:00 PM*** in https://www.zoomgov.com/j/16021303488, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Agresti's Amended Procedures effective 6/10/20 on the Court's Website.

     (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge Thomas P. Agresti refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be *required* to appear at the hearing.

Thomas P. Agresti, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-10848-TPA |
| Frank Thomas Anthony | Chapter 13 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: agro | Page 1 of 2 |
| Date Rcvd: Oct 27, 2020 | Form ID: 300b | Total Noticed: 24 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Frank Thomas Anthony, 20 Race Street, Sugar Grove, PA 16350-1624 |
| 14091950 | + | Aes / Brazos / Us Bank, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14154947 | | Berkheimer Assoc-Agt Warren Cty SD/Sugar Grove Bor, c/o David R. Gordon, Esq., 1883 Jory Road, Pen Argyl, PA 18072 |
| 14103243 | + | Berkheimer Tax Administrator, PO Box 955, 50 North 7th Street, Bangor, PA 18013-1731 |
| 14091952 | + | Community Bank Na, Attn: Bankruptcy, Po Box 509, Canton, NY 13617-0509 |
| 14110978 | + | Community Bank, N.A., PO Box 509, Canton, NY 13617-0509 |
| 14091953 | + | Diversified Adjustment, 600 Coon Rapids Boulevard, Coon Rapids, MN 55433-5549 |
| 14335282 | | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14125911 | + | Midland Credit Management Inc as agent for, Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 14115675 | + | PHEAA, PO BOX 8147, HARRISBURG PA 17105-8147 |
| 14091955 | + | PHEAA / HCB, Aes / Ddb, Po Box 8183, Harrisburg, PA 17105-8183 |
| 14103245 | + | PHH Mortgage Service, 1 Mortgage Way, Mount Laurel, NJ 08054-4624 |
| 14097131 | + | PNC BANK, N.A., PO BOX 94982, CLEVELAND, OHIO 44101-4982 |
| 14139662 | + | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| 14091956 | + | Pnc Mortgage, Po Box 8703, Dayton, OH 45401-8703 |
| 14091957 | + | Sears / Cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 14091958 | + | Udren Law Offices PC, Woodcrest Corporate Center, 111 Woodcrest Road, Suite 200, Cherry Hill, NJ 08003-3620 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14138000 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 28 2020 02:20:26 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14091951 | + | Email/Text: ACCOUNTRECOVERY@CENTRA.ORG | Oct 28 2020 02:27:00 | Centra Credit Union, Po Box 789, Columbus, IN 47202-0789 |
| 14103244 | + | Email/Text: Bankruptcy@natfuel.com | Oct 28 2020 02:25:00 | National Fuel, 1100 State Street, Erie, PA 16501-1912 |
| 14091954 | | Email/PDF: cbp@onemainfinancial.com | Oct 28 2020 01:12:14 | Onemain Financial, 601 N.W. Second Street, Evansville, IN 47708-1013 |
| 14133209 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 28 2020 02:18:53 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14096612 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 28 2020 02:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14091959 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 28 2020 02:23:00 | Verizon, 500 Technology Drive, Suite 30, Weldon Spring, MO 63304-2225 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | | PNC Bank, National Association |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2020   Signature:   /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2020 at the address(es) listed below:**

**Name** **Email Address**

Brian Nicholas
 on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Brian Nicholas
 on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com

Daniel P. Foster
 on behalf of Debtor Frank Thomas Anthony dan@mrdebtbuster.com
 katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Elizabeth Lamont Wassall
 on behalf of Creditor PNC Bank  National Association pabk@logs.com, ewassall@logs.com

Office of the United States Trustee
 ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
 cmecf@chapter13trusteewdpa.com

TOTAL: 6