**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>FRANK THOMAS ANTHONY<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Case No.:15-10848 TPA<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

October 26, 2020

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/13/2015 and confirmed on 12/10/15 . The case was subsequently    Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 72,889.04 |
| Less Refunds to Debtor | 741.40 | |
| TOTAL AMOUNT OF PLAN FUND | | 72,147.64 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 3,950.00 | |
|    Trustee Fee | 3,401.03 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 7,351.03 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 42,280.24 | 0.00 | 42,280.24 |
|     Acct: 6394 | | | | |
|   PNC BANK NA | 8,462.85 | 8,462.85 | 0.00 | 8,462.85 |
|     Acct: 6394 | | | | |
|   COMMUNITY BANK NA** | 7,306.89 | 7,306.89 | 643.17 | 7,950.06 |
|     Acct: 5083 | | | | |
| | | | | 58,693.15 |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FRANK THOMAS ANTHONY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FRANK THOMAS ANTHONY | 741.40 | 741.40 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FOSTER LAW OFFICES** | 950.00 | 950.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXX8/20 | | | | |
|   DANIEL P FOSTER ESQ** | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   SONYA ANTHONY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0084 | | | | |
|   WARREN COUNTY DRS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   PA DEPARTMENT OF REVENUE* | 688.83 | 688.83 | 0.00 | 688.83 |
|     Acct: 8509 | | | | |
|   WARREN COUNTY SD & SUGAR GROVE I | 570.00 | 570.00 | 0.00 | 570.00 |
|     Acct: 8509 | | | | |
|   WARREN COUNTY SD & SUGAR GROVE I | 10.00 | 10.00 | 0.00 | 10.00 |
|     Acct: 8509 | | | | |
| | | | | 1,268.83 |
| **Unsecured** | | | | |
|   BERKHEIMER TAX ADMINISTRATOR** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXX1-13 | | | | |
|   CENTRA CREDIT UNION | 807.33 | 110.84 | 0.00 | 110.84 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 3880 | | | | |
| NATIONAL FUEL GAS DISTRIB CORP | 961.25 | 131.98 | 0.00 | 131.98 |
| Acct: 1802 | | | | |
| ONE MAIN FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3557 | | | | |
| MIDLAND FUNDING LLC | 11,891.65 | 1,632.75 | 0.00 | 1,632.75 |
| Acct: 8660 | | | | |
| ECMC(*) | 13,790.64 | 1,893.48 | 0.00 | 1,893.48 |
| Acct: 8509 | | | | |
| PHH MORTGAGE CORP(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7529 | | | | |
| PNC BANK NA | 4,193.34 | 575.76 | 0.00 | 575.76 |
| Acct: 0678 | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - | 3,185.13 | 437.33 | 0.00 | 437.33 |
| Acct: 2623 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR | 87.56 | 12.02 | 0.00 | 12.02 |
| Acct: 8573 | | | | |
| PA DEPARTMENT OF REVENUE* | 43.27 | 5.94 | 0.00 | 5.94 |
| Acct: 8509 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR | 251.48 | 34.53 | 0.00 | 34.53 |
| Acct: 0001 | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 4,834.63 |

TOTAL PAID TO CREDITORS                                                          64,796.61

TOTAL CLAIMED
PRIORITY        1,268.83
SECURED        15,769.74
UNSECURED      35,211.65


Date: 10/26/2020                          /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    FRANK THOMAS ANTHONY

        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:15-10848 TPA

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Frank Thomas Anthony  
    Debtor(s)

Case No. 15-10848-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1       User: agro       Page 1 of 2  
Date Rcvd: Oct 27, 2020       Form ID: pdf900       Total Noticed: 24

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Frank Thomas Anthony, 20 Race Street, Sugar Grove, PA 16350-1624 |
| 14091950 | + | Aes / Brazos / Us Bank, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14154947 | | Berkheimer Assoc-Agt Warren Cty SD/Sugar Grove Bor, c/o David R. Gordon, Esq., 1883 Jory Road, Pen Argyl, PA 18072 |
| 14103243 | + | Berkheimer Tax Administrator, PO Box 955, 50 North 7th Street, Bangor, PA 18013-1731 |
| 14091952 | + | Community Bank Na, Attn: Bankruptcy, Po Box 509, Canton, NY 13617-0509 |
| 14110978 | + | Community Bank, N.A., PO Box 509, Canton, NY 13617-0509 |
| 14091953 | + | Diversified Adjustment, 600 Coon Rapids Boulevard, Coon Rapids, MN 55433-5549 |
| 14335282 | | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14125911 | + | Midland Credit Management Inc as agent for, Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 14115675 | + | PHEAA, PO BOX 8147, HARRISBURG PA 17105-8147 |
| 14091955 | + | PHEAA / HCB, Aes / Ddb, Po Box 8183, Harrisburg, PA 17105-8183 |
| 14103245 | + | PHH Mortgage Service, 1 Mortgage Way, Mount Laurel, NJ 08054-4624 |
| 14097131 | + | PNC BANK, N.A., PO BOX 94982, CLEVELAND, OHIO 44101-4982 |
| 14139662 | + | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| 14091956 | + | Pnc Mortgage, Po Box 8703, Dayton, OH 45401-8703 |
| 14091957 | + | Sears / Cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 14091958 | + | Udren Law Offices PC, Woodcrest Corporate Center, 111 Woodcrest Road, Suite 200, Cherry Hill, NJ 08003-3620 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14138000 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 28 2020 02:17:50 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14091951 | + | Email/Text: ACCOUNTRECOVERY@CENTRA.ORG | Oct 28 2020 02:27:00 | Centra Credit Union, Po Box 789, Columbus, IN 47202-0789 |
| 14103244 | + | Email/Text: Bankruptcy@natfuel.com | Oct 28 2020 02:25:00 | National Fuel, 1100 State Street, Erie, PA 16501-1912 |
| 14091954 | | Email/PDF: cbp@onemainfinancial.com | Oct 28 2020 01:12:14 | Onemain Financial, 601 N.W. Second Street, Evansville, IN 47708-1013 |
| 14133209 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 28 2020 02:17:36 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14096612 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 28 2020 02:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14091959 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 28 2020 02:23:00 | Verizon, 500 Technology Drive, Suite 30, Weldon Spring, MO 63304-2225 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | | PNC Bank, National Association |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2020      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2020 at the address(es) listed below:**

**Name**          **Email Address**

Brian Nicholas
    on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com

Brian Nicholas
    on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com

Daniel P. Foster
    on behalf of Debtor Frank Thomas Anthony dan@mrdebtbuster.com
    katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com

Elizabeth Lamont Wassall
    on behalf of Creditor PNC Bank  National Association pabk@logs.com, ewassall@logs.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6