**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
12/16/20 11:45 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
    FRANK THOMAS ANTHONY

        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:15-10848 TPA

Chapter 13

Document No.: 113

ORDER OF COURT

AND NOW, this 16th day of December, 2020, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____  asg
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 15-10848-TPA

Frank Thomas Anthony     Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: dpas     Page 1 of 2
Date Rcvd: Dec 16, 2020     Form ID: pdf900     Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Frank Thomas Anthony, 20 Race Street, Sugar Grove, PA 16350-1624 |
| 14091950 | + | Aes / Brazos / Us Bank, Po Box 61047, Harrisburg, PA 17106-1047 |
| 14154947 | | Berkheimer Assoc-Agt Warren Cty SD/Sugar Grove Bor, c/o David R. Gordon, Esq., 1883 Jory Road, Pen Argyl, PA 18072 |
| 14103243 | + | Berkheimer Tax Administrator, PO Box 955, 50 North 7th Street, Bangor, PA 18013-1731 |
| 14091952 | + | Community Bank Na, Attn: Bankruptcy, Po Box 509, Canton, NY 13617-0509 |
| 14110978 | + | Community Bank, N.A., PO Box 509, Canton, NY 13617-0509 |
| 14091953 | + | Diversified Adjustment, 600 Coon Rapids Boulevard, Coon Rapids, MN 55433-5549 |
| 14335282 | | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14125911 | + | Midland Credit Management Inc as agent for, Midland Funding LLC, PO Box 2011, Warren MI 48090-2011 |
| 14115675 | + | PHEAA, PO BOX 8147, HARRISBURG PA 17105-8147 |
| 14091955 | + | PHEAA / HCB, Aes / Ddb, Po Box 8183, Harrisburg, PA 17105-8183 |
| 14103245 | + | PHH Mortgage Service, 1 Mortgage Way, Mount Laurel, NJ 08054-4624 |
| 14091957 | + | Sears / Cbna, Po Box 6283, Sioux Falls, SD 57117-6283 |
| 14091958 | + | Udren Law Offices PC, Woodcrest Corporate Center, 111 Woodcrest Road, Suite 200, Cherry Hill, NJ 08003-3620 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14138000 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Dec 17 2020 03:38:28 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14091951 | + | Email/Text: ACCOUNTRECOVERY@CENTRA.ORG | Dec 17 2020 03:22:00 | Centra Credit Union, Po Box 789, Columbus, IN 47202-0789 |
| 14103244 | + | Email/Text: Bankruptcy@natfuel.com | Dec 17 2020 03:21:00 | National Fuel, 1100 State Street, Erie, PA 16501-1912 |
| 14091954 | | Email/PDF: cbp@onemainfinancial.com | Dec 17 2020 03:43:27 | Onemain Financial, 601 N.W. Second Street, Evansville, IN 47708-1013 |
| 14097131 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 17 2020 03:20:00 | PNC BANK, N.A., PO BOX 94982, CLEVELAND, OHIO 44101 |
| 14139662 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 17 2020 03:20:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14091956 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 17 2020 03:20:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 14133209 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 17 2020 03:43:39 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14096612 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 17 2020 03:21:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14091959 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 17 2020 03:19:00 | Verizon, 500 Technology Drive, Suite 30, Weldon Spring, MO 63304-2225 |

TOTAL: 10

District/off: 0315-1            User: dpas            Page 2 of 2
Date Rcvd: Dec 16, 2020            Form ID: pdf900            Total Noticed: 24

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | PNC BANK NATIONAL ASSOCIATION |
| cr | | PNC Bank, National Association |
| cr | * | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2020            Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2020 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor PNC Bank  National Association bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Frank Thomas Anthony dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Elizabeth Lamont Wassall | on behalf of Creditor PNC Bank  National Association pabk@logs.com, ewassall@logs.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6